# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 15, 2014

### NO. 03-13-00716-CV

**Roy Blizzard and Donna Blizzard, Appellants**

**v.**

**Select Portfolio Servicing f/k/a Fairbanks Capital and
Manufacturers and Traders Trust Company, Appellees**

### APPEAL FROM 277TH DISTRICT COURT OF WILLIAMSON COUNTY
### BEFORE JUSTICES PURYEAR, GOODWIN AND FIELD
### DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE FIELD

This is an appeal from the judgment signed by the trial court on August 21, 2013. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.